**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 13-CV-00624-PAB-KMT

JAMES S. GRADY,

    Plaintiff,

V.

SAMUEL IACULLO, aka "Shiznit88", "homeslice60148@hotmail.com", "siacullo", ET AL.

    Defendant.

## NOTICE OF SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE THAT on or about the 17th day of April, 2013, upon information and belief, Defendant Samuel Iacullo filed a voluntary petition for relief in the United States Bankruptcy Court for the Western District of Texas under Chapter 7 of Title 11 of the United States Code which is pending as Case No. 13-51001-cag.

Attorney for the Debtor:

    Guillermo A. Flores Jr.
    Law Offices of G.A. Flores
    924 McCullough Ave
    San Antonio, TX 78215
    Telephone Number: (210)734-5725

Bankruptcy Trustee Appointed by U.S. Trustee on 4/18/13:

    Jose C. Rodriguez
    342 W. Woodlawn, Suite 103
    San Antonio, TX 78212
    Telephone Number: (210)738-8881

Plaintiff has received an Order Combined with Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines, a copy of which is attached hereto.

DATED this 30th day of April, 2013

                                        Respectfully submitted,

                                        MILLER & STEIERT, P.C.

                                        /s/     Mollie B. Hawes
                                        Michael P. Miller
                                        Mollie B. Hawes
                                        1901 W. Littleton Blvd.
                                        Littleton, CO 80120
                                        (303) 798-2525
                                        (303) 798-2526 (facsimile)
                                        mollieh@m-s-lawyers.com

                                        *Counsel for Plaintiff James S. Grady, d/b/a Group Five Photosports*