IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00624–RM–KMT

JAMES S. GRADY,

    Plaintiff,

v.

SAMUEL IACULLO, aka "Shiznit88", "homeslice60148@hotmail.com", "siacullo", ET AL,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Re-Open Case Due to Relief of Stay from Bankruptcy Proceedings" (Doc. No. 16, filed Oct. 16, 2013) is GRANTED.  The Bankruptcy Court's "Order Granting Relief from Stay to Proceed with Litigation in the US District Court for the District of Colorado" (Mot., Ex. A) constitutes good cause to reopen this matter.  Therefore, the Clerk of Court is directed to REOPEN this case.  Defendant shall answer or otherwise respond to Plaintiff's Complaint no later than November 15, 2013.  Plaintiff is directed to serve a copy of this Minute Order on Defendant and shall file a Certificate of Service with the court no later than October 23, 2013.

Dated: October 18, 2013