**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   13-cv-00624-RM-KMT

JAMES S. GRADY,

    Plaintiff,

v.

SAMUEL IACULLO,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order entered by Judge Raymond P. Moore on July 24, 2017,

IT IS ORDERED that judgment is entered in favor of Plaintiff, James S. Grady, and against Defendant, Samuel Iacullo, solely as to Plaintiff's direct copyright infringement claim, with total statutory damages awarded to Plaintiff, pursuant to 17 U.S.C. § 504, in the amount of $251,000.   It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 24th day of July, 2017.

                                                  FOR THE COURT:
                                                JEFFREY P. COLWELL

                                                By:   s/C. Pearson
                                                      C. Pearson, Deputy Clerk